

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VERONICA CHAVEZ VARA, | § | No. 08-23-00350-CV |
| Appellant, | § | Appeal from the |
| v. | § | Local Administrative Judge |
| MARK STEVEN VARA, | § | of El Paso County, Texas (41st Judicial District Court) |
| Appellee. | § | (TC#2012DCM10912) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER 2023.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.